# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FITZGERALD KENNEDY,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY, Acting Warden, Calipatria State Prison,[1]<br><br>Respondent. | Case No. CV 21-3869 GW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

---

[1] Warren L. Montgomery, Acting Warden of Calipatria State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent named in the original Petition. *See* Fed. R. Civ. P. 25(d).

1

IT IS ORDERED that the First Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 13, 2022

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2