JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FITZGERALD KENNEDY,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY, Acting Warden, Calipatria State Prison,[1]<br><br>Respondent. | Case No. CV 21-3869 GW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: September 13, 2022

*George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

---

[1] Warren L. Montgomery, Acting Warden of Calipatria State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent named in the original Petition. *See* Fed. R. Civ. P. 25(d).